## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OWEN HARTY, Individually, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:19-cv-00690-JBS-KMW |
| SHAKER PATEL INC., A New Jersey Profit Corporation, | : | **NOTICE OF SETTLEMENT** |
| Defendant. | : | |

Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Shaker Patel Inc. ("Defendant") have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, the parties request excusal from any upcoming filing or appearances requirements.

Dated: May 15, 2019

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

*/s/Antranig Garibian*
Antranig Garibian, Esq.
Attorney No.:  008492005
1800 JFK Boulevard, Suite 300
Philadelphia, PA 19103
Phone: (215) 326-9179
Email: ag@garibianlaw.com
*Attorneys for Plaintiff*